## STATE OF CONNECTICUT *v.* JOSEPH M. MONTANEZ
## (AC 30824)

Bishop, Lavine and Bear, Js.

Argued September 24—officially released October 19, 2010

Per Curiam. The appeal is dismissed.

## GARDNER HEIGHTS HEALTH CARE CENTER, INC.
## *v.* RICHARD J. KOROLYSHUN ET AL.
## (AC 31097)

Gruendel, Beach and Bear, Js.

Submitted on briefs October 15—officially released November 2, 2010

Per Curiam. The judgment is affirmed.

## RONNIE HOLLEY *v.* COMMISSIONER
## OF CORRECTION
## (AC 30775)

Harper, Alvord and West, Js.

Argued October 14—officially released November 2, 2010

Per Curiam. The appeal is dismissed.